# ABSTRACT OF JUDGMENT

## NOTICE

Pursuant to Title 28, United States Code, Section 3201, this judgment, upon the filing of this abstract in the manner in which a notice of tax lien would be filed under paragraphs (1) and (2) of 26 U.S.C. §6323(f), creates a lien on all real property of the defendant(s) and has priority over all other liens or encumbrances which are perfected later in time. The lien created by this section is effective, unless satisfied, for a period of 20 years and may be renewed by filing a notice of renewal. If such notice of renewal is filed before the expiration of the 20 year period to prevent the expiration of the lien and the court approves the renewal, the lien shall relate back to the date the judgment is filed.

| **Names and Addresses of Parties against whom Judgments have been obtained.** | **Names of Parties in whose favor Judgments have been obtained.** |
|---|---|
| Wayne R. Williams<br>152 Spaulding Drive<br>Rocky Mount, NC 27801<br><br>SSN/XXX-XX-2980<br><br>Docket: 4:10-CV-59-FL | United States of America<br><br>**Name of Creditor Attorney**<br>United States Attorney's Office<br>Eastern District of North Carolina<br>310 New Bern Avenue, Suite 800<br>Raleigh, North Carolina 27601-1461<br><br>Contact: D. M. Stearns<br>         Financial Litigation Unit<br>         (919) 856-4145 |

| **Amount of Judgment** | **When Judgment Filed** |
|---|---|
| in the sum of $36,623.90, including interest of $20,956.73 as of January 5, 2010 on the principal of $15,667.17, and accruing thereafter at the rate of 9% to the date of entry of the judgment, and costs allowed under 28 U.S.C. § 2412(a)(2). Interest thereon after date of entry of this judgment shall be at the rate of .31%. | July 7, 2010 |

**UNITED STATES OF AMERICA, CLERK'S OFFICE**    **U. S. DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
§§

I CERTIFY, that the foregoing is a correct abstract of the judgment entered or registered by this Court.

This \_\_\_\_30th\_\_\_\_ day of _____July_____, 2010

DENNIS P. IAVARONE, Clerk

BY: _____*Christa N. Baker*_____, Deputy Clerk